LEWIS BRISBOIS BISGAARD & SMITH LLP
ARTHUR K. CUNNINGHAM, SB# 97506
  E-Mail: Arthur.Cunningham@lewisbrisbois.com
STEPHANIE J. TANADA, SB# 257769
  E-Mail: Stephanie.Tanada@lewisbrisbois.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

Attorneys for Defendant
COUNTY OF RIVERSIDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVEN LOUIS GARCIA,<br><br>              Plaintiff,<br><br>      vs.<br><br>COUNTY OF RIVERSIDE,<br>et al.,<br><br>              Defendants. | CASE NO. 15-CV-01466 DSF (JCGx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date:      None Set |

GOOD CAUSE APPEARING AND THE PARTIES HAVING

STIPULATED THERETO, IT IS ORDERED, ADJUDGED AND DECREED:

1.      The Complaint, in its entirety and as to each and every claim for relief

and any and all defendants, is dismissed with prejudice.

2.      The settlement is further memorialized in a written settlement

agreement.

3.      The parties shall bear their own costs, expenses and attorneys' fees

arising out of and/or connected with this matter, including any such fees or expenses

potentially recoverable under 42 U.S.C. Sec. 1988.

/ / /

/ / /

/ / /

LEWIS
BRISBOIS

4849-3377-4640.1

ORDER OF DISMISSAL WITH PREJUDICE

1    4.    This Order is the result of a compromise of disputed claim. It is not to

2    be considered as an admission of liability and/or responsibility with regard to the

3    incident, occurrence, casualty or event referenced in the pleadings herein.

4    IT IS SO ORDERED, ADJUDGED AND DECREED.

5    DATED: May 18, 2016

6    By: _____

7    Hon. Jay C. Gandhi
      United States Magistrate Judge

LEWIS
BRISBOIS

# FEDERAL COURT PROOF OF SERVICE

Garcia v. County of Riverside – File No. 24897-577

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May 12, 2016, I served the following document: **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

LEGAL MAIL
Steven Louis Garcia
CDC AT3280
Valley State Prison
PO Box 96
Chowchilla, CA 93610
**PLAINTIFF PRO SE**

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 12, 2016, at San Bernardino, California.

_____
Deborah G. Roias

4849-3377-4640.1

LEWIS
BRISBOIS